**IN THE UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

JASON BEACH,

                Plaintiff,

    v.

DEPUTY ZAZWETHA, et al.,

                Defendants.

Case No. 5:25-cv-00934-JLS-MBK

ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE AND DENYING DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT

Pursuant to 28 U.S.C. § 636, the Court reviewed the Complaint, Defendant's Motion to Dismiss, Plaintiff's Opposition, and Defendant's reply, the records on file, and the Report and Recommendation of the United States Magistrate Judge. Neither Plaintiff nor Defendant have filed any written objections to the report. The Court accepts the findings and recommendation of the Magistrate Judge.

IT IS ORDERED that Defendants' Motion to Dismiss (Dkt. 9) is denied. The case is returned to Magistrate Judge Kaufman for further proceedings.

Dated: March 3, 2026

_____
HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE